IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROBERT WRIGHT,
        Plaintiff,
    v.
P.A. SPILLER, DR. RAMSEY, DR.
DUCHESNE, CAPTAIN PAYNE and
UNKNOWN STAFF MEMBERS,
        Defendants.

**Judgment in a Civil Case**

Case Number: 5:15-CT-3027-F

**Decision by Court.**

This action came before the Honorable Judge James C. Fox, Senior United States District Judge, for review.

**IT IS ORDERED AND ADJUDGED** that plaintiff passed away on August 6, 2015, therefore this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on January 28, 2016, with service on:
No copies mailed.
 (via U.S. Mail)

January 28, 2016
                    Julie Richards Johnston
                    Clerk of Court

                    By:
                    Deputy Clerk